UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD YASIN REZAEE,<br><br>   Plaintiff,<br><br>  v.<br><br>PAM BONDI, et al.,<br><br>   Defendants. | Case No. 26-cv-00020-AMO<br><br>**ORDER TRANSFERRING CASE** |

On January 28, 2026, Petitioner Mohammad Yasin Rezaee filed an ex parte motion for a temporary restraining order, Dkt. No. 9, and an amended petition for writ of habeas corpus, Dkt. No. 8. Petitioner was detained on June 24, 2025, by Immigration and Customs Enforcement ("ICE") and is currently detained at California City Detention Facility.[1]  Dkt. No. 8 at 3. Petitioner states that venue is appropriate because "Petitioner is detained within this District." *Id.* at 4.  But the California City Detention Facility is located in the Eastern District of California.  It is improper for a district court to exercise jurisdiction over a habeas petitioner where the petitioner is confined in a different district.  *Doe v. Garland*, 109 F.4th 1188, 1197 (9th Cir. 2024) ("The district court's exercise of jurisdiction was also improper because Doe was confined in the Eastern District of California, not the Northern District of California, where his petition was filed."). Thus, the Court finds that it does not have jurisdiction over this matter.  Because California City Detention Facility is located within the Eastern District of California, venue is appropriate there. *Id.*

---

[1] Petitioner states he is detained at "California City Corrections Center." Dkt. No. 8 at 3.  The Court was unable to locate a facility by this name, and believes Petitioner intended to state he is detained at California City Detention Facility.

This case is therefore **TRANSFERRED** to the United States District Court for the Eastern District of California.

**IT IS SO ORDERED.**

Dated: January 28, 2026

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**